UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
JENNY HWANG, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

INFINITY LASER SPA, INC.,

                Defendant.
-----------------------------------------------------------x

CASE NO.: 1:23-cv-03158-NGG-TAM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JENNY HWANG and Defendant, INFINITY LASER SPA, INC., by and through undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED: **December 21, 2023**

| | |
|---|---|
| **MARS KHAIMOV LAW, PLLC** | **LAW OFFICES OF NOLAN KLEIN** |
| /s/ Mars Khaimov | /s/ Nolan Klein |
| MARS KHAIMOV, ESQ. | NOLAN KLEIN, ESQ. |
| 108-26 64th Avenue, Second Floor | 5550 Glades Road, Suite 500 |
| Forest Hills, New York 11375 | Boca Raton, Florida 33431 |
| Tel : (929) 324-0717 | Tel: (954) 745-0588 |
| mars@khaimovlaw.com | klein@nklegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

s/Nicholas G. Garaufis
~~Honorable Taryn A. Merkl~~

Date 8/5/24